In the Matter of LONG ISLAND LIGHTING COMPANY, Appellant, against INCORPORATED VILLAGE OF EAST ROCKAWAY et al., Respondents.

Submitted April 6, 1951; decided May 28, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. A variance was properly refused (*Matter of Otto* v. *Steinhilber*, 282 N. Y. 71). The ordinance could not be declared invalid by the Court of Appeals since, on this record, it could not be said as matter of law that location of a substation at the proposed site rather than in the nearby industrial district was necessary for the rendition of safe, adequate and reasonable service. [See 304 N. Y. 932.]